Slip Op. 12- 136

UNITED STATES COURT OF INTERNATIONAL TRADE

FAR EASTERN NEW CENTURY CORPORATION,

                Plaintiff,

        v.

UNITED STATES,

                Defendant.

Before: Donald C. Pogue,
       Chief Judge

Court No. 11-00415

JUDGMENT

Whereas the United States Department of Commerce has filed its Final Results of Redetermination Pursuant to Court Remand, ECF No. 49, which were issued pursuant to the court's August 29, 2012 opinion and order, Slip Op. 12-110, ECF No. 47; and Plaintiff has filed its response thereto, ECF No. 52, in which Plaintiff states that it is satisfied with the Redetermination "and has no objection or other comment," id.; and the court having reviewed all pleadings and papers on file herein; and good cause appearing therefor, it is hereby

ORDERED, ADJUDGED and DECREED that Certain Polyester Staple Fiber from Taiwan, 76 Fed. Reg. 57,955 (Dep't Commerce Sept. 19, 2011) (final results of antidumping duty administrative review), as modified by the Final Results of Redetermination Pursuant to Court Remand, ECF No. 49, is AFFIRMED.

                /s/  Donald C. Pogue
             Donald C. Pogue, Chief Judge

Dated:    November 14, 2012
          New York, New York